Commonwealth ex rel. Foschia, Appellant, *v.* Cavell.

Submitted November 14, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Rudy Foschia,* appellant, in propria persona.

*Michael A. Hanna,* District Attorney, for appellee.

OPINION PER CURIAM, December 14, 1961:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge WEINER of the Court of Common Pleas of Washington County, as reported in 25 Pa. D. & C. 2d 768.